The People of the State of New York, by Andrew M. Cuomo, Respondent, v Maurice R. Greenberg et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Motion by North American Securities Administrators Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge Lippman taking no part.

The People of the State of New York, by Andrew M. Cuomo, Respondent, v Maurice R. Greenberg et al., Appellants.

Submitted February 11, 2013; decided February 14, 2013

Motion by Honorable Paul S. Atkins et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

Chief Judge Lippman taking no part.